

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00312-CV

Marcel **MARTINEZ,**
Appellant

v.

Jesse **TORRES,** Gold Standard Plumbing, LLC and Edy Jonathan Pech-Guamuch,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17644
Honorable Aaron Haas, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to Extend Time to File Reply Brief is hereby GRANTED. Time is extended to February 24, 2020.

It is so **ORDERED** on this 28th day of January, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court